**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Cindy Magelky, | ) | **ORDER RESCHEDULING TRIAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:06-cv-025 |
| BNSF Railway Company, | ) | |
| | ) | |
| Defendant. | ) | |

_____

A jury trial in this matter is currently scheduled for Monday, July 16, 2006, at 9:30 a.m. in Bismarck, North Dakota for five (5) days. The parties have now informed the Court that five days is not going to be sufficient time to complete the trial. The parties are in agreement that the trial shall be rescheduled to commence on Monday, May 19, 2008, at 9:30 a.m. in Bismarck, North Dakota for a nine (9) day jury trial.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2007.

/s/  Daniel L. Hovland_____
Daniel L. Hovland, Chief Judge
United States District Court

1