Judgment in a Civil Case

# United States District Court
## *District of North Dakota*
### Southwestern Division

Cindy M. Magelky

    vs.

BNSF Railway Company,
a corporation

AMENDED
JUDGMENT IN A CIVIL CASE

Case Number: 1:06-cv-025

■    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**The jury returned its verdict in favor of the plaintiff and found that BNSF violated the Federal Safety Appliance Act on or about July 2-3, 2004, and BNSF's violation of the Federal Safety Appliance Act did cause, in whole or in part, Cindy Magelky's injuries which resulted in damages in the amount of $850,000.**

**The jury determined that BNSF was not negligent under the Federal Employer's Liability Act (FELA).**

June 5, 2008                        s/ ROBERT ANSLEY
*Date*                                      *Clerk*

                                                   /s/ Lisa Carney
                                                   *(By) Deputy Clerk*